No. 69332.—Davies Turner & Co. et al. v. United States, protests 213261–K, etc. (Philadelphia).

Opinion by RAO. J. In accordance with stipulation of counsel that the merchandise consists of carburetors or parts thereof similar in all material respects to those the subject of Abstract 62130, the claim of the plaintiffs was sustained.

No. 69333.—Metro Auto Parts, Inc. v. United States, protests 64/9095 and 64/9110 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiff was sustained.

No. 69334.—Healthway's v. United States, protest 63/20131 (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of inflatable motorboats similar in all material respects to those the subject of *Healthway's, Inc., et al.* v. *United States* (52 Cust. Ct. 210, C.D. 2462), the claim of the plaintiff was sustained.